Misc. No. 12–8006/AR. Terrance A. Norman, Appellant v. United States, Appellee. CCA 20110521. Notice is hereby given that a pro se writ–appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief was filed by mail under Rule 27(b) on October 25, 2011, and placed on the docket November 18, 2011. On consideration thereof, it is ordered that said writ–appeal is hereby denied.